|||
|---|---|
| Alfred Albano, et al.,              )  | No. CV 07-2359-PHX-JAT (LEAD) |
|            Plaintiff,               )  | **STANDARD CIVIL TRACK INITIAL ORDER** |
| vs.                                 )  |  |
|                                     )  | (Consolidated Case   CV 08-505-PHX-JAT) |
| Shea Homes Limited Partnership, et al., ) |  |
|            Defendant.               )  |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

The case was re-assigned from Judge Earl H. Carroll to Judge James A. Teilborg on April 7, 2008 and consolidated with CV 08-505-PHX-JAT.

Pursuant to the mandate of the Differentiated Case Management system set forth in LRCiv 16.2 of the Rules of Practice of the United States District Court for the District of Arizona [hereinafter the "Local Rules"], this action, removed on November 28, 2007 is designated a **STANDARD TRACK** case.  Accordingly,

**IT IS ORDERED** that counsel for the Plaintiff(s) shall notify the Court in writing when the parties are prepared for a Preliminary Pretrial Conference in accordance with Rule 16(b) of the Federal Rules of Civil Procedure.  The Court expects notification as soon as possible and practicable.

**IT IS FURTHER ORDERED** that upon receipt of notice that the parties are prepared for a Rule 16 Preliminary Pretrial Conference, the Court will issue a separate Order which sets the time and date for the Preliminary Pretrial Conference.  Because this Court requires a filing that is broader and more detailed than that proposed in a "Form 35 Report of Parties' Planning Meeting," the Order setting the Rule 16 Preliminary Pretrial Conference

will also instruct the parties regarding the specific contents the Court expects in their Proposed Case Management Plan.

**IT IS FURTHER ORDERED** that full compliance with Rule 26(f) is expected prior to the date of the Rule 16 Pretrial Conference.

**IT IS FURTHER ORDERED** that, to satisfy the requirements of Federal Rule of Civil Procedure 26(a), the parties shall file with the Clerk of the Court a <u>Notice of Initial Disclosure</u>; copies of the actual disclosures shall therefore not be filed.

**IT IS FURTHER ORDERED** that, absent Court approval, no party may seek discovery from any source before the parties have met and conferred as required by Rule 26(f). Fed. R. Civ. P. 26(d).

**THE PARTIES ARE CAUTIONED that it is the practice of this Court to not extend the Dispositive Motion Deadline beyond the two year anniversary of the case being filed in or removed to Federal Court, nor to allow the Discovery Cut-Off to extend beyond 30 days before the Dispositive Motion Deadline.** Accordingly, delays in effectuating service of process, delays in seeking a Rule 16 Scheduling Conference, the filing of or pendency of motions, settlement discussions or mediation, etc, will not be considered as justification to exceed the above referenced two year deadline.

**IT IS FURTHER ORDERED** that full compliance with Rule 7.1, F.R.Civ.P. (filing of a Corporate Disclosure Statement) is required by plaintiff(s) and defendant(s), if applicable. A Corporate Disclosure Statement form is available under Operations and Filings, Forms on the district court web site at www.azd.uscourts.gov.

**IT IS FURTHER ORDERED** that Plaintiff shall serve Defendant(s) with a copy of this Order.

DATED this 7th day of April, 2008.

James A. Teilborg
United States District Judge