**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alfred Albano, et al.,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Shea Homes Limited Partnership,<br><br>　　　　　Defendant(s). | CV-07-2359-PHX-SMM (Lead)<br>CV-08-0505-PHX-SMM (Cons)<br><br><br>**ORDER** |

Pursuant to 28 U.S.C. § 455(a), I hereby recuse myself from any further action in the above-captioned matter and order this case to be reassigned, by random lot, to another Judge in the District of Arizona.

**IT IS HEREBY ORDERED** that this matter has been reassigned by random lot to the Honorable Stephen M. McNamee, United States District Judge. All future pleadings and papers submitted for filing shall bear the following complete case number: CV-07-2359-PHX-SMM.

DATED this 14th day of April, 2008.

_____
James A. Teilborg
United States District Judge