**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Alfred Albano, et al., | ) | No. CV-07-2359-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | (Consolidated Case CV-08-505-PHX-SMM) |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Shea Homes Limited Partnership, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is a tangle of motions that seek to amend the complaint, dismiss certain parties, and remand this matter to Superior Court for the alleged resulting lack of diversity. The Court will strike these motions and permit the Plaintiffs to file a single motion and proposed amended complaint that incorporates all desired changes and amendments.

On November 28, 2007, this case was removed from Superior Court. (Dkt. 1, Notice of Removal.) On January 2, 2008, Plaintiffs filed a "Motion to Remand to Maricopa County Superior Court for Lack of Diversity" ("January 2 Motion"). (Dkt. 9) Defendants opposed this motion. (Dkt. 15.) On January 30, 2008, Plaintiffs filed "Plaintiffs' Amended Motion for Leave to Amend Complaint to Name Proper Party – And – Voluntary Dismissal of Presently Appearing Defendants – And – Motion to Remand" (emphasis original) ("January 30 Motion"). (Dkt. 19.) Plaintiffs' reply in

1 support of the January 2 Motion referred the Court to the January 30 Motion and stated

2 that the January 30 Motion "replaces" the January 2 Motion.[1]  (Dkt. 22 at 3.)  Plaintiffs

3 then filed yet another motion to amend the complaint, "Plaintiffs' Motion for Leave to

4 File [Proposed] Second Amended Complaint," that seeks to add two additional plaintiffs.

5 (Dkt. 23.)  Finally, Plaintiffs' Reply in support of the January 30 Motion revived the

6 arguments made in the January 2 Motion and denied that those arguments had been

7 "abandoned."  (Dkt. 29 at 4-5.)

8       A court is "not required to comb the record to find some reason to deny a motion

9 for summary judgment."  Carmen v. San Francisco Unified Sch. Dist., 237 F.3d 1026,

10 1029 (9th Cir. 2001).  Similarly, this Court will not comb through the docket report to

11 determine what arguments the parties are asserting, what arguments have been

12 "replaced," and what arguments have been replaced but not "abandoned."  The Court will

13 strike the existing motions regarding remand and amended complaints.  Plaintiffs shall be

14 permitted to file a <u>single</u> motion to amend the Complaint and remand this matter to

15 Superior Court.  In briefing this motion, the parties <u>shall not</u> incorporate by reference any

16 prior arguments made in the stricken motions, or responses or replies thereto.

17       Accordingly,

18       **IT IS HEREBY ORDERED** striking Plaintiffs' Motion to Remand (Dkt. 9).

19       **IT IS FURTHER ORDERED** striking Plaintiffs' Amended Motion for Leave to

20 Amend Complaint to Name Proper Party – And – Voluntary Dismissal of Presently

21 Appearing Defendants – And – Motion to Remand (Dkt. 19).

22       **IT IS FURTHER ORDERED** striking Plaintiffs' Motion for Leave to File

23 [Proposed] Second Amended Complaint (Dkt. 23).

24 //

25 //

---

[1] To further confuse matters, the Reply refers to a motion filed January 29, 2008 as Plaintiffs' reply.  Yet that document was amended by the January 30 Motion.  (See Dkts. 18, 19.)

**IT IS FURTHER ORDERED** granting Plaintiffs leave to file a single motion that encompasses all desired amendments to the complaint and reasons, if any, for remand of this matter to Superior Court.

DATED this 1st day of May, 2008.

_____
Stephen M. McNamee
United States District Judge